UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LYNDEN E. SWANSON,                                    )
                              Plaintiff,              )
                                                     )
        vs.                                          )
                                                     )    CASE NO. 3:26-cv-63
CITY OF ROCHESTER, FULTON COUNTY                     )
SHERIFF TRAVIS HEISHMAN, DEPUTY RYAN                 )
UTTER, and "JOHN DOE LAW ENFORCEMENT                 )
OFFICERS,"                                           )
                                                     )
                              Defendants.             )
_____ )

**DEFENDANTS' FULTON COUNTY SHERIFF TRAVIS HEISHMAN
AND DEPUTY RYAN UTTER'S NOTICE OF REMOVAL**

Defendants, Fulton County Sheriff Travis Heishman and Deputy Ryan Utter ("Fulton County

Defendants"), by counsel and pursuant to 28 U.S.C §§ 1331, 1441(a) and 1446, hereby remove this

lawsuit, pending at 25D01-2512-CT-000929 in the Fulton County Superior Court, State of Indiana, to

the United States District Cout for the Northern District of Indiana, South Bend Division, for the

above-captioned case, and as grounds for removal, state as follows:

        1.      Plaintiff filed a Civil Complaint in the Superior Court of Fulton County, Indiana,

under Cause 25D01-2512-CT-000929, on December 16, 2025.

        2.      Plaintiff alleges violations of his civil rights under 42 U.S.C. § 1983 and the Fourth

Amendment of the United States Constitution.

        3.      The Fulton County Defendants were served with Plaintiff's Complaint and

Summons on January 2, 2026, through service by certified mail.

4.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 because the matter presents a federal question arising under the Constitution, laws or treaties of the United States.

5.     Removal of this action to this Court is timely pursuant to 28 U.S.C. § 1446(b) because this Notice has been filed within 30 days after the service of Summons and Complaint.

6.     Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Northern District of Indiana, South Bend Division, is the federal judicial district and division embracing the Superior Court of Fulton County, where this action is pending.

7.     As is required by 28 U.S.C. § 1446(a), the Defendants attach hereto as the State Court Record all state court pleadings that have been filed in this matter, which consist of:

(a)     Appearance for Plaintiff's Counsel;

(b)     Summons for Fulton County Sheriff Travis Heishman;

(c)     Summons for the City of Rochester;

(d)     Summons for Deputy Ryan Utter;

(e)     Motion for Fee Waiver;

(f)     Plaintiff's Complaint;

(g)     Order for Hearing on Motion for Fee Waiver;

(h)     Appearance of counsel for Defendants Fulton County Sheriff Travis Heishman and Deputy Ryan Utter;

8.     This Notice of Removal is being served upon Plaintiff and contemporaneously filed with the Clerk of the Superior Court of Fulton County, Indiana, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the Fulton County Defendants, give notice that this action is removed to this Court and ask this Court to accept jurisdiction of this action and place the action on the docket as if this action had originally been instituted in this Court.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By___/s/ Craig M. Williams_____
      Craig M. Williams (#21425-49)
      225 S. East Street, Suite 220
      Indianapolis, Indiana 46202
      Telephone:  317-638-4521
      Email: cwilliams@k-glaw.com
      *Attorneys for Defendants Fulton County Sheriff*
      *Travis Heishman and Deputy Ryan Utter*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2026, the foregoing was served via the court's electronic filing system on:

Christopher C. Myers
MYERS & WALLACE, LLP
cmyers@myers-law.com

The undersigned hereby certifies that on January 16, 2026, the foregoing was served by United States First Class Mail on:

City of Rochester
c/o Mayor Trent Odell
Rochester City Building Complex
320 Main Street
Rochester, Indiana 46975

      /s/ Craig M. Williams_____
      Craig M. Williams

KIGHTLINGER & GRAY, LLP
225 S. East Street, Suite 220
Indianapolis, Indiana 46202
Telephone: (317) 638-4521
Email:  cwilliams@k-glaw.com

260008/65023908-1